IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

RACHEL NICHOLE RICE                                                          PLAINTIFF

v.                                          CIVIL NO. 22-cv-4030

KILOLO KIJAKAZI, Acting Commissioner                              DEFENDANT
Social Security Administration

## JUDGMENT

For reasons stated in a memorandum opinion of this date, the Court hereby affirms the decision of the Commissioner and dismisses Plaintiff's case with prejudice. **The parties have sixty days from entry of the judgment on the docket in which to appeal.**

**IT IS SO ORDERED AND ADJUDGED this 21st day of March 2023.**

/s/ *Christy Comstock*
HON. CHRISTY COMSTOCK
UNITED STATES MAGISTRATE JUDGE